# EXHIBIT 1

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Thu Nov 10 04:12:29 EST 2005

Please logout when you are done to release system resources allocated for you.

List At: ____ OR jump to record: ____ **Record 1 out of 5**

TARR Status  ASSIGN Status  TDR Status  TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| Field | Value |
|---|---|
| Word Mark | WIREFLY |
| Goods and Services | IC 042. US 100 101. G & S: Computer services, namely creating, designing, managing, maintaining, updating and hosting web sites for others. FIRST USE: 20010817. FIRST USE IN COMMERCE: 20030307 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78079836 |
| Filing Date | August 17, 2001 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | January 21, 2003 |
| Registration Number | 2768131 |
| Registration Date | September 23, 2003 |
| Owner | (REGISTRANT) Wirefly, Inc. CORPORATION CALIFORNIA 224 9th Street Manhattan Beach CALIFORNIA 90266

(LAST LISTED OWNER) INPHONIC, INC. CORPORATION DELAWARE 1010 WISCONSIN AVENUE, N.W. SUITE 600 WASHINGTON D.C. 20007 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |