# EXHIBIT 2



FedEx

About Us | Help/FAQ | Check Your Order Status

- Wireless Basics
- Number Portability
- Why Buy Online
- Shop Accessories
- Satellite TV







**Shop by Carrier**
Enter Zip Code [ ] Start
Pick the carrier with the best ratings around!

**Shop by Phone**
Enter Zip Code [ ] Start
Choose your top features on the latest phones!

**Shop by Plan**
Enter Zip Code [ ]
Select a plan that suits your wireless budget!

**Exclusive Offers from Wirefly — The #1 Site for Cell Phones and**



**cingular** raising the bar
Authorized Dealer
**Black RAZR V3**
Cingular Wireless BLACK RAZR V3 w/ Free Headset!
Free Cell Phone plus Free Bluetooth Headset
Zip Code [ ]
Find out More



**verizon**wireless
Authorized Agent
**Motorola E815**
Verizon Wireless New Video Phone w/Headset FREE
Free Cell Phone plus Free Bluetooth Headset
BONUS! BLUETOOTH HEADSET
Zip Code [ ]
Find out More



**T··Mob**
authorized
**Moto RAZR**
T-Mobile Sp Ultra-slim R w/ Free Hea
Enter zip code exclusive onlin
BONUS! BLUETOOTH HEADSET
Zip Code
Find out I



**Sprint**
**Samsung A840**
Sprint's New 3¼oz. Cell Phone w/ Digital Camera
Only $19.99 with any new Sprint plan!
Zip Code [ ]
Find out More



**cingular** raising the bar
Authorized Dealer
**Motorola V220**
Free Cingular Phone + Free Amex Gift Card!
The most popular Cingular phone - FREE!
Zip Code [ ]
Find out More



**NEXTEL**
**Motorola i!**
New for Nex w/ Camera, Bluetooth 8
Now only $199 after Mail-in Re
Zip Code
Find out I


POWERED BY InPhonic


ScanAlert HACKER SAFE TESTED 10-NOV


VeriSign Secured VERIFY

Site Security | Privacy Policy

Copyright ©2005

Cell Phones and Wireless ⸺ r Phone Plans
Case 1:05-cv-02206-RWR   Document 1-3   Filed 11/10/2005   Page 3 of 10
Page 1 of 1





- Home
- Shop by Carrier
- Shop by Phone
- Shop by Plan
- Wireless Basics
- Number Portability
- Why Buy Online
- Shop Accessories
- Satellite TV

About Us | Help/FAQ | Check Your Orde

## Shop by Phone Manufacturer

Select one or more wireless phone manufacturers, click 'View Phones,' and easily revie your area.

- ☐ NOKIA
- ☐ SAMSUNG
- ☐ T··
- ☐ Sony Ericsson
- ☐ BlackBerry
- ☐ KY
- ☐ MOTOROLA
- ☐ SANYO
- ☐ pa
- ☐ LG Electronics
- ☐ SIEMENS Mobile
- ☐ NOVATEL
- ☐ AUDIOVOX



ScanAlert HACKER SAFE TESTED 10-NOV




Home





- **Wireless Basics**
- **Number Portability**
- **Why Buy Online**
- **Shop Accessories**
- **Satellite TV**

About Us  |  Help/FAQ  |  Check Your Ord(

## Shop by Plan

### SEARCH BY PRICE

Controlling your spending on your wireless service can best be achieved by setting a monthly budget. Select a price range below and easily view wireless plans that maximize the allotted minutes for your budget!

- ◉ $10 - $30
- ○ $31 - $50
- ○ $51 - $70
- ○ $71 - $90
- ○ $91 - $110
- ○ $111 - $130
- ○ $131 - $150
- ○ $151 and over

View Results ◉

### SEARCH BY MINUTES

The biggest expense of a wireless calling ( usage during peak periods (typically betwe Monday through Friday). Select a range of minutes below and view results for the mo

- ◉ 60 - 200
- ○ 201 - 400
- ○ 401 - 600
- ○ 601 - 800
- ○ 801 - 100(
- ○ 1001 - 20(
- ○ 2001 and

### WIRELESS WIZARD

Our Wireless Wizard can save you up to 40% on your monthly wireless bill. Tell us about your current wireless carrier, if applicable, and your typical monthly usage and then easily view matching plans. Estimate what percentage of your calls are "anytime" calls and how much are nights or weekends. Also tell us how much of your talk time is long distance and how much you use, or plan to, your phone outside your home calling area.



Current Carrier: ALLTEL Wireless
Current mobile number: (___) ___-____
Total monthly minutes: ____

Of your total minutes, what percentage is:

- Anytime: Minutes 0 %
- Night & Weekend: Minutes 0 %
- Long Distance: Minutes 0 %
- Roaming: Minutes 0 %

Total Cost Per Month: ____

View Results ◉






**VIEW CART | CHECKOUT | TRACK OR**

Get Free Shipping on all orders

HOME | SITE MAP | ABOUT US | CONTACT US    SEARCH:

**YOUR PHONE:**
Find your cell phone using the search tools at right ▶

**SHOP ACCESSORIES:**
▶ Auto Accessories
▶ Batteries
▶ Belt Clips & Holsters
▶ Bluetooth
▶ Cameras
▶ Cases
▶ Chargers
▶ Data & Connectivity
▶ Faceplates & Covers
▶ Headsets

**NEW PHONE DEALS:**
Why buy accessories for an outdated phone?



▶ Free Phone Offer

## Original Manufacturer Accessories for Your Cell Phone

Every cell phone accessory we sell is guaranteed compatible with your phone.

Choose from quality original or aftermarket cell phone accessories including Nokia, Motorola, Samsung, Siemens, LG, Sony Ericsson, Kyocera, Sanyo, Audiovox, BlackBerry, Jabra, Plantronics, Bluetooth and many more!

### Choose your Cell Phone Model

Search by Manufacturer:      OR    Search by Cellular Carrier: 

**Need help finding your phone manufacturer or model number?**



- Check the packaging or manual that came with your phone, or
- Turn you phone off and remove the battery cover in the rear. There is usually a sticker behind the battery that shows the model number.

Search by Phone Model #:

Home | About Us | Contact Us | View Cart | Site Map | Site Security | Privacy Policy | Track Order | Help

Audiovox Accessories | Cardo Wireless Accessories | GENERIC Accessories | IDEN Accessories | Jabra Corp.    Accessories
Kyocera Accessories | LG Accessories | MILANTE Accessories | Mobile Action Accessories | Motorola Accessories
Nokia Accessories | PalmOne Accessories | Plantronics, Inc    Accessories | Platinum Accessories | Power Charge Accessories
RIM Accessories | Samsung Accessories | SanDisk Corp.    Accessories | Sanyo Accessories | Shure Accessories
Siemens Accessories | Sony Ericsson Accessories | Susteen, Inc    Accessories | Wireless Concept Accessories | Wireless Solutions Accessori

Audiovox Cell Phones | Danger Cell Phones | Handspring Cell Phones | Kyocera Cell Phones | LG Cell Phones
Motorola Cell Phones | NEC Cell Phones | Nokia Cell Phones | PalmOne Cell Phones | RIM Cell Phones
Samsung Cell Phones | Sanyo Cell Phones | Sharp Cell Phones | Siemens Cell Phones | Sony Ericsson Cell Phones

Auto Accessories | Batteries | Belt Clips & Holsters | Bluetooth | Cameras
Cases | Chargers | Data & Connectivity | Faceplates & Covers | Headsets
Copyright © 2004





About Us | Help/FAQ | Check Your Order Status

- Wireless Basics
- Number Portability
- Why Buy Online
- Shop Accessories
- Satellite TV

## Switching Your Old Cell Phone Number To Your New Phone and Plan

It is now possible to switch between U.S. cell phone providers and keep your phone number. This proces **Wireless Number Portability**.

1. What are the steps for keeping my number when switching?
2. How can I ensure that the porting of my number goes smoothly?
3. Can I only port my number when I order a new phone?
4. When should I cancel my current service?
5. Can I use my current phone with my new wireless carrier?
6. Can I transfer my home phone number to my cell phone?
7. Can I keep my number if I move to another city?
8. What if I have a contract with my current wireless carrier?
9. How long will the transfer take?

**Q: What are the steps for keeping my number when switching?**
**A:** We've made it easy to keep your number when switching. Just follow these simple steps:

**STEP 1: Submit Your Order For a New Phone and Plan**

Be sure to click on the box that says "Yes! Switch my old cell phone number to my new phone and plan." You will to provide your current wireless phone number *and* account number. This information can be found on your old w or by dialing 611 from your wireless phone.

Your order will be submitted for approval by your new carrier. After it is approved, we will schedule your phone to activated and your number to be ported. In the rare event that your number cannot be ported, we will contact you alternative options for activating service. *You should receive your new phone prior to port completion so that serv disrupted with your old service provider.*

**STEP 2: Receive Your New Phone**

Once you receive your phone, your phone number should be ported within 24 hours. You will be provided with inf check the real-time status of your scheduled port request.

**IMPORTANT:** DO NOT CANCEL SERVICE WITH YOUR CURRENT PROVIDER UNTIL AFTER YOUR WIRELE PHONE NUMBER HAS BEEN SUCCESSFULLY PORTED TO YOUR NEW PROVIDER. *IF YOU CANCEL SERV YOUR CURRENT PROVIDER BEFORE SUCCESSFULLY PORTING YOUR PHONE NUMBER TO YOUR NEW PROVIDER, YOU MAY LOSE YOUR PHONE NUMBER.*

**STEP 3: Cancel Your Old Account**

After your phone number is ported, you will no longer be able to use your phone number with your old service pro must contact your old service provider to cancel service. You will be responsible for payment of all outstanding ch including any fees that may be assessed by your old service provider for canceling service.

● Top

**Q: How can I ensure that the porting of my number goes smoothly?**
**A:** If the information you provide exactly matches the information in your old carrier account, then your po go smoothly with no delays. When you place your order, make sure that your wireless phone number, ac number, and name exactly match the information on your last wireless phone bill.

○ Top

**Q: Can I only port my number when I order a new phone?**
A: No. You can initiate a number portability request at any time by filling out a port application request wi carrier. If you are establishing a new account, *we strongly recommend porting your number now as part new service order*. We have more experience handling number portability requests for every major U.S. than any retailer or web site. Waiting to port your number yourself creates work for you, and may require keep your old cell phone account active longer than you might like.

○ Top

**Q: When should I cancel my current service?**
A: You should sign up with your new wireless carrier and complete the number porting process BEFORE your current service. Canceling your current service before the porting process is complete will cause yo the ability to keep your current phone number.

○ Top

**Q: Can I use my current phone with my new wireless carrier?**
A: Probably not, since different wireless carriers operate incompatible network technologies. Additionally phones are programmed to work only on the network of the carrier that supplied the phone.

○ Top

**Q: Can I transfer my home phone number to my cell phone?**
A: Yes. You can transfer your home or office phone number to your cell phone, as long as the wireless c switch to provides coverage in the location of your conventional phone line -- also called a landline or wir Under FCC rules, local phone companies are allowed up to four business days to transfer a phone numb between carriers so you may have to go several days without cell phone service if you make such a swit

○ Top

**Q: Can I keep my number if I move to another city?**
A: No, not unless you are moving within the same local geographic area where the phone number is curr assigned. Even within the same telephone area code, you may be outside the boundaries of the local ca that determines if your number is portable.

○ Top

**Q: What if I have a contract with my current wireless carrier?**
A: If you have a contract with your current carrier, you are required to honor the full term of your current you will be charged the termination fee that is specified in your subscriber agreement.

○ Top

**Q: How long will the transfer take?**
A: FCC guidelines state that the porting process should be completed within 2 hours of scheduling. How some wireless carriers still process a percentage of requests manually. Because of this, some carriers w the process may take up to 4 days to complete. We have more experience handling number portability re every major U.S. carrier than any retailer or web site, and we make every effort to schedule your number with your shipment so that it will occur within 24 hours after you receive your phone.

○ Top







Site Security | Privacy Policy

Copyright ©2005.


www.wirefly.com



About Us | Help/FAQ | Check Your Order Status

- Wireless Basics
- Number Portability
- Why Buy Online
- Shop Accessories
- Satellite TV

## Why Buy Online?

### Convenience
Compare phones and plans from every major provider at a single web site. You'll see up-to-the-min deals from more providers than you could find in any retail store.

### Hassle-free Approvals
We've streamlined the whole process from selecting a calling plan to processing your credit approv every major carrier. The choice is easy. Wait in line and fill out forms while a sales clerk checks you application, or do it all online - automatically.

### Savings
Wireless carriers and electronics chains spend millions in advertising and expensive retail stores. V you sign up for service online we receive commissions from the carriers and pass our savings on tc giving you lower prices for new cell phones than you'll find in any store.

### The Latest Phones
Don't settle for that old model the manager is trying to move out of the storeroom. We feature more and plans than any retail store, including all the latest models. We then add discounts and rebates aren't offered by the carriers, giving you value you simply can't can get anywhere else.

### Confidence
As a licensee of the TRUSTe Privacy Program we take your privacy seriously, so placing your orde can be done with confidence. We only ask for information that is required by the carriers to process request for service – *the same personal information you would have to give to a sales clerk in the s* This information is encrypted and protected, and it is NEVER sold to marketers or third parties. You is activated and delivered to your door with real-time online tracking.

  

Site Security | Privacy Policy

Copyright ©2005.



# Welcome to Wirefly
Wirefly is the leading online retailer of wireless phones and service plans, offering more carriers, plans and phones than anybody else, at the guaranteed lowest prices.



# A better way to buy your next wireless phone
Why stand in line to fill out forms and wait for credit approvals? Wirefly makes ordering online quick and easy. We automatically process your application with the wireless carrier of your choice, and your phone is shipped directly from our 47,000-square foot activation center—even on weekends—with real time online order status and tracking.



# Service, selection and quality
Only Wirefly lets you compare price and availability from all major U.S. carriers including T-Mobile, Verizon, Cingular, Nextel, Sprint, Alltel and Liberty Wireless. Select from phones by every major manufacturer including Nokia, Samsung, Sony Ericsson, Motorola and more. We stock only original manufacturer's equipment with full U.S. warranties.



# Guaranteed lowest price—online or anywhere else
Since we don't run expensive retail stores, we keep marketing costs low and pass the savings on to you. As one of the top 5 most visited electronics shopping sites on the Internet*, we use our buying power to bring you the best phones and rate plans in your area. Compare for yourself and you'll find nobody beats Wirefly's prices—on the Internet, in local stores or anywhere else.



# The Wirefly challenge
Visit the stores and web sites of any major wireless phone provider or electronics chain. Then visit us at Wirefly. We believe you won't find a better value anywhere.



Questions? Contact us via e-mail or at:
Wirefly Customer Service
9301 Peppercorn Place
Largo, MD 20774

\* Hitwise® visitor rankings, Appliance and Electronics Shopping category, February through May 2004.





CLOSE X

Copyright © 2005.