# EXHIBIT 3

Wirefly Rebate
# Wirefly rebate
## Wirefly Cell Phone Rebate Victims website



FAQ   Search   Memberlist   Usergroups

| Consumer Complaint Center | Free Complaint Letters | TattletaleConsumerHotline | Real Consumer | Log |
|---|---|---|---|---|
| Let others know which companies are ripoffs. Let your voice be heard. | Free complaint letters & forum. Center for Consumer Advocacy. | Consumer information, complaints, alerts, prepaid legal, debt help | Consumer reviews, raves. Be informed buy. | |

| Forum | Topics | Posts | Last |
|---|---|---|---|
| **Wirefly** | | | |
| **Wirefly Cell Phone Rebate Victims** — Let others learn about your cell phone rebate experience with Wirefly | 18 | 22 | Thu Oct 27, 20 pungee |
| **Customer Service Experience** — Rate your Wirefly cell phone customer service experience here | 1 | 1 | Thu Oct 27, 20 mefisto0 |

Mark all forums read

All ti

### The reason behind developing this website!

In my experience, WIREFLY / Inphonic SUCKS! Totally. Sure, the prices are too good but you will probably not get the deal they Ordering was easy, but fulfillment took forever. Finding a customer service number took tremendous effort, only to be offloaded India sweatshop with reps that barely speak English. Weeks later the phone is working, and Verizon has been a champ in makin (no help from Wirefly).

However, BIG RED FLAG. Their rebate deal requires six monthly statements from the phone company. Waited for my six month: mailed off the rebate promptly. REJECTED! . So, they make you wait 6+ months to file , then they will find any ridicules reason your rebate. I'm out $300, and there is no one I can call at Wirefly to complain. They have designed the whole enterprise that is easy, anything else is excruciatingly difficult.

This is fraud by design. They lure you in with good deals, but read the frickin fine print. These guys are shady and dishonest, an be punished by the market. Take my advice. STAY AWAY!!!

You have been warned...

### BBB complaint. http://complaint.bbb.org/

If you have had any trouble with any division of Inphonic/wirefly please file a complaint with BBB and maybe we can get them to treat customers the right way. Or if that does not work maybe we can get the FTC to do as they did for CompUSA. I'm posting a list of names and phone numbers.

http://www.wirefly-rebate.com/                                                                 10/28/2005

**Phones**
(301) 361-1011
(866) 635-7400
(877) 277-9233
(888) 378-6509
(888) 378-6509
(888) 947-3359
(202) 333-0001

Customer Complaint Data processed by the BBB in the last 12 months: **347**

Complaints Concerned:

**Selling Practices** (96 complaints)
- 86  Resolved
- 1   Delayed Resolution
- 9   Company made every reasonable effort to resolve

**Advertising Issues** (53 complaints)
- 48  Resolved
- 5   Company made every reasonable effort to resolve

**Service Issues** (393 complaints)
- 365 Resolved
- 28  Company made every reasonable effort to resolve

**Credit or Billing Disputes** (174 complaints)
- 155 Resolved
- 1   Delayed Resolution
- 18  Company made every reasonable effort to resolve

**Delivery Issues** (35 complaints)
- 35  Resolved

**Refund Practices** (327 complaints)
- 307 Resolved
- 20  Company made every reasonable effort to resolve

**Product Quality** (11 complaints)
- 11  Resolved

**Contract Disputes** (26 complaints)
- 24  Resolved
- 2   Company made every reasonable effort to resolve

**Guarantee or Warranty Issues** (6 complaints)
- 6   Resolved

**Repair Issues** (1 complaints)
- 1   Resolved

The company's size, volume of business and number of transactions may have a bearing on the number of complaints received BBB. The complaints filed against a company may not be as important as the type of complaints, and how the company has them. The BBB generally does not pass judgement on the validity of complaints filed.

Additional File Information
Liberty Wireless is a division of StarNumber, Inc. StarNumber is a wholly owned subsidiary of InPhonic, Inc. Inphonic shares c customer service resources with Liberty Wireless. Both companies maintain their corporate headquarters on Wisconsin Avenue Washington, DC, however, they are independently operated. A separate report is available on Starnumber, Inc. Inphonic's prc also marketed through independent affiliate companies. According to the Inphonic web site, it handles processing, shipping, b provides 24 hour customer service for its affiliate program participants.

Licensing Information

This company is in an industry that may require licensing, bonding or registration in order to lawfully do business. The Bureau encourages you to check with the appropriate agency to be certain any requirements are currently being met.

Additional Information

| | |
|---|---|
| This Business Operates under the Names | InPhonic Inc<br>Wirefly<br>wirefly.com |
| Addresses | 9301 Peppercorn Place, Largo, MD 20774<br>1010 Wisconsin Avenue NW, Suite 600, Washington, DC 20007, District of Columbia County |

The time now is Fri Oct 28, 2005 1:28 pm
**Wirefly rebate Forum Index**                                                                                           View unar

## Who is Online



Our users have posted a total of **23** articles
We have **3** registered users
The newest registered user is **elvis68**

In total there is **1** user online :: 0 Registered, 0 Hidden and 1 Guest    [ Administrator ]   [ Moderator ]
Most users ever online was **6** on Thu Oct 27, 2005 9:33 pm
Registered Users: None

This data is based on users active over the past five minutes

## Log in

Username: [       ]    Password: [       ]    [Login]

✱  New posts        🔒  Forum is locked

Best Rates | Phone Cards cheap long distance phone card | Long Distance Phone Cards | Local Phone Cards | Poland Phone Card
Phone Cards | Links Wirefly Rebate Brazil Phone Cards | Austria Phone Cards | World Calling Cards | Bangladesh Phone Cards |
Phone Cards | Denmark Phone Cards | Hungary Phone Cards | Iceland Phone Cards | Hyderabad Phone Cards | Iran Phone Card
Phone Cards | Israel Phone Cards | Kuwait Phone Cards | Lebanon Phone Cards | Netherlands Phone Cards | Peru Phone Cards
Phone Cards | Estonia Phone Cards | Gabon Phone Cards | Greece Phone Cards | Guam Phone Cards | Hong Kong Phone Cards
Phone Cards | Cheap Long Distance |

Powered by phpBB and NoseBleed v1.11



http://www.wirefly-rebate.com/                                                                                          10/28/2005