# EXHIBIT 4

This website is not affiliated with Wirefly® in any way. The Wirefly® website is located at www.wirefly.com .
This website is non-commercial and intended for consumer information purposes only. See *Disclaimers* below.

**Wirefly Rebate, This website contains information critical of Wirefly and is not affiliated with it.**



FAQ   Search   Memberlist   Usergroups

Log in   Register   Wirefly Re

| Forum | Topics | Posts | Last Post |
|---|---|---|---|
| **Wirefly** | | | |
| **Express Your Wirefly Cell Phone Rebate Experience**<br>Let others learn about your cell phone rebate experience with Wirefly, please be fair and objective and provide both positive as well as negative experience. | 20 | 29 | Thu Nov 10, 2005 2:0!<br>FightingMad → |
| **Rate Your Customer Service Experience**<br>Rate your Wirefly cell phone customer service experience here, please be fair and objective and provide both positive as well as negative experience. | 2 | 2 | Thu Oct 27, 2005 9:5:<br>jedwan → |

Mark all forums read

All times are

**The reason behind developing this website!**

In my experience, WIREFLY / Inphonic SUCKS! Totally. Sure, the prices are too good but you will probably not get the deal they promise Ordering was easy, but fulfillment took forever. Finding a customer service number took tremendous effort, only to be offloaded to some India sweatshop with reps that barely speak English. Weeks later the phone is working, and Verizon has been a champ in making it hap[ (no help from Wirefly).

However, BIG RED FLAG. Their rebate deal requires six monthly statements from the phone company. Waited for my six months statem mailed off the rebate promptly. REJECTED! . So, they make you wait 6+ months to file , then they will find any ridicules reason to declin your rebate.  I'm out $300, and there is no one I can call at Wirefly to complain. They have designed the whole enterprise that way. Bu is easy, anything else is excruciatingly difficult.

This is fraud by design. They lure you in with good deals, but read the frickin fine print. These guys are shady and dishonest, and deser\ be punished by the market. Take my advice. STAY AWAY!!!

You have been warned...

The Federal Trade Commission cautions consumers against being "baited" by rebates that never arrive or arrive far later than promised law, companies are required to send rebates within the time frame promised, or if no time is specified, within a "reasonable" time. "Reasonable" in this case often is interpreted as within 30 days. When purchasing a product that offers a rebate, the FTC encourages consumers to:
- Follow the instructions on the rebate form and enclose all required documentation in the envelope when filing for a rebate.
- Make a copy of all paperwork to be mailed when applying for a rebate. It's the only record a consumer will have of the transaction if anything goes wrong.
- Contact the company if the rebate doesn't arrive within the time promised.
- If the rebate never arrives or arrives late, file a complaint with the Federal Trade Commission, the state Attorney General or the loca Better Business Bureau. The FTC works for the consumer to prevent fraudulent, deceptive and unfair business practices in the marketpl and to provide information to help consumers spot, stop, and avoid them. To file a complaint or to get free information on consumer iss visit www.ftc.gov or call toll-free, 1-877-FTC-HELP (1-877-382-4357); TTY: 1-866-653-4261. The FTC enters Internet, telemarketing, identity theft, and other fraud-related complaints into Consumer Sentinel, a secure, online database available to hundreds of civil and criminal law enforcement agencies in the U.S. and abroad.

**BBB complaint. http://complaint.bbb.org/**

If you have had any trouble with any division of inphonic/wirefly please file a complaint with BBB and maybe we can get them to treat customers the right way. Or if that does not work maybe we can get the FTC to do as they did for CompUSA. I'm posting  a list of names and phone numbers.

**Phones**
(301) 361-1011
(866) 635-7400
(877) 277-9233
(888) 378-6509
(888) 378-6509
(888) 947-3359
(202) 333-0001

Customer Complaint Data processed by the BBB in the last 12 months: **347**

Complaints Concerned:

**Selling Practices** (96 complaints)

    86  Resolved

    1  Delayed Resolution

    9  Company made every reasonable effort to resolve

**Advertising Issues** (53 complaints)

    48  Resolved

    5  Company made every reasonable effort to resolve

**Service Issues** (393 complaints)

    365  Resolved

    28  Company made every reasonable effort to resolve

**Credit or Billing Disputes** (174 complaints)

    155  Resolved

    1  Delayed Resolution

    18  Company made every reasonable effort to resolve

**Delivery Issues** (35 complaints)

    35  Resolved

**Refund Practices** (327 complaints)

    307  Resolved

    20  Company made every reasonable effort to resolve

**Product Quality** (11 complaints)

    11  Resolved

**Contract Disputes** (26 complaints)

    24  Resolved

    2  Company made every reasonable effort to resolve

**Guarantee or Warranty Issues** (6 complaints)

    6  Resolved

**Repair Issues** (1 complaints)

    1  Resolved

The company's size, volume of business and number of transactions may have a bearing on the number of complaints received by the BBB. The complaints filed against a company may not be as important as the type of complaints, and how the company has handled them. The BBB generally does not pass judgement on the validity of complaints filed.

Additional File Information
Liberty Wireless is a division of StarNumber, Inc. StarNumber is a wholly owned subsidiary of InPhonic, Inc. Inphonic shares certain customer service resources with Liberty Wireless. Both companies maintain their corporate headquarters on Wisconsin Avenue in Washington, DC, however, they are independently operated. A separate report is available on Starnumber, Inc. Inphonic's products ar also marketed through independent affiliate companies. According to the Inphonic web site, it handles processing, shipping, billing, an provides 24 hour customer service for its affiliate program participants.

Licensing Information
This company is in an industry that may require licensing, bonding or registration in order to lawfully do business. The Bureau encourages you to check with the appropriate agency to be certain any requirements are currently being met.

Additional Information

| | |
|---|---|
| This Business Operates under the Names | InPhonic Inc<br>Wirefly<br>wirefly.com |
| Addresses | 9301 Peppercorn Place, Largo, MD 20774<br>1010 Wisconsin Avenue NW, Suite 600, Washington, DC 20007, District of Columbia County |

The time now is Thu Nov 10, 2005 4:49 pm
**Wirefly Rebate, This website contains information critical of Wirefly and is not affiliated with it. Forum Index**

View unanswered

## Who is Online



Our users have posted a total of **31** articles
We have **8** registered users
The newest registered user is **FightingMad**
In total there is **1** user online :: 0 Registered, 0 Hidden and 1 Guest   [ Administrator ]   [ Moderator ]
Most users ever online was **7** on Mon Oct 31, 2005 7:57 pm
Registered Users: None

This data is based on users active over the past five minutes

## Log in

Username: [     ]   Password: [     ]   [Log in]

✱  New posts         🔒  Forum is locked

Powered by phpBB and NoseBleed v1.11

## Disclaimers

1. **Trademarks.** *Wirefly®* registered trademarks of InPhonic

2. **We're not affiliated with *Wirefly®*.** This web site is not affiliated with *Wirefly®*, or any particular InPhonic group. It's just an *individual* who is expressing his opinion and experience with *Wirefly®* services.

3. **Endorsement:** This website does not endorse or recommend any commercial products, processes, or services. The views and opinions of authors expressed on this Web site do not necessarily state or reflect those of the website owner, and they may not be used for advertising or product endorsement purposes.

00004504