CO-386-online
10/03

# United States District Court
# For the District of Columbia

INPHONIC, INC.  )
1010 Wisconsin Ave., N.W., Suite 600  )
Washington, D.C. 20007  )
 )
      vs     Plaintiff  )
 )
JEHAD EDWAN  )
437 S. 84th Street  )
Omaha, Nebraska 68114  )
                  Defendant  )

CASE NUMBER 1:05CV02206
JUDGE: Richard W. Roberts
DECK TYPE: General Civil
DATE STAMP: 11/10/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __InPhonic, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __InPhonic, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[Signature]_
Signature

476820
BAR IDENTIFICATION NO.

Catherine Sun and Deborah M. Lodge
Print Name

2550 M Street, N.W.
Address

Washington, DC  20037
City  State  Zip Code

(202) 457-6000
Phone Number