IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INPHONIC, INC., | ) | Case No.: 1:05-CV-02206 |
| Plaintiff, | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| JEHAD EDWAN, | ) | |
| Defendant. | ) | |

COMES NOW Bassel El-Kasaby, without waiving any objections as to jurisdiction or venue in this case and hereby enters his appearance on behalf of the Defendant in the above-captioned case. In support of said appearance, the attorney represents to the Court as follows:

1. That Defendant is indigent and cannot afford to retain an attorney in this matter.

2. That Bassel El-Kasaby, attorney for said Defendant is providing representation *pro bono* in this matter.

3. That Bassel El-Kasaby, attorney for said Defendant is licensed to practice law and is currently a member in good standing of the bar in the following jurisdictions: a) the Supreme Court of Iowa, b) the Supreme Court of Nebraska, c) the Federal District Court for the District of Nebraska, and d) the Court of Appeals for the Eighth Circuit.

Dated this 28th day of November, 2005.

By:/s/_____
Bassel El-Kasaby
The Empire State Building
300 S. 19th St. Ste. 212
Omaha, NE 68102
Ph: 402-884-0700
Fx: 402-614-5926

CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all attorneys of record in this matter..

By:/s/
Bassel El-Kasaby