AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

INPHONIC, INC.
1010 Wisconsin Ave., N.W., Suite 600
Washington, DC 20007

       Plaintiff(s)    )
                             )   **APPEARANCE**
                             )
             vs.      )   CASE NUMBER    1:05CV02206

JEHAD EDWAN
437 S. 84th Street
Omaha, Nebraska 68114

       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Deborah M. Lodge__ as counsel in this
                           (Attorney's Name)

case for: __InPhonic, Inc.__
         (Name of party or parties)

| | |
|---|---|
| November 29, 2005 | *[signature: Deborah Lodge]* |
| Date | Signature |
| | Deborah M. Lodge |
| | Print Name |
| 393942 | 2550 M Street, N.W. |
| BAR IDENTIFICATION | Address |
| | Washington, DC  20037 |
| | City   State   Zip Code |
| | (202) 457-6030 |
| | Phone Number |