IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INPHONIC, INC., | ) | Case No.: 1:05-CV-02206 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO DISMISS FOR LACK OF JURISDICTION AND IMPROPER VENUE OR FOR TRANSFER** |
| | ) | |
| JEHAD EDWAN, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

COMES NOW, Defendant, by and through counsel, and moves the Court pursuant to F.R.C.P. 12(b)(2) and (3) to dismiss the complaint for lack of personal jurisdiction and improper venue or, in the alternative, to transfer this action to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1404. In support of said motion, Defendant states as follows:

1. Defendant is a resident of Omaha, Nebraska and has no contacts whatsoever with the District of Columbia. Defendant has never been to or contacted anyone in the District.

2. The acts and events alleged in Plaintiff's Complaint and giving rise to this lawsuit all took place in Nebraska.

3. The witnesses and instrumentalities used in connection with the acts and events alleged herein are located in Nebraska.

4. Defendant has modest means and it would be an extreme hardship for him to defend himself in the District of Columbia.

5. The averments herein are attested to in Defendant's affidavit attach hereto as Exhibit A and incorporated by reference herein.

WHEREFORE, Defendant prays that this action be dismissed for lack of jurisdiction, improper venue, or for transfer of venue to the District of Nebraska.

Dated this 1st day of December, 2005

By:/s/ _____
Bassel El-Kasaby # 22315
The Empire State Bldg.
300 S. 19th Ste 212
Omaha, NE 68102
Ph: 402-884-0700
Fx: 402-614-5926

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all attorneys of record in this case.

/s/
-----------------------------------
Bassel El-Kasaby