IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INPHONIC, INC., | ) | Case No.: 1:05-CV-02206 |
| Plaintiff, | ) | |
| vs. | ) | **AFFIDAVIT** |
| JEHAD EDWAN, | ) | |
| Defendant | ) | |

COMES NOW, Jehad Edwan, being first duly sworn and having personal knowledge of the facts stated herein, and deposes as follows:

1. My name is Jehad Edwan and I am the Defendant in this action.

2. I am resident of Omaha, Nebraska and I have never had any contacts with the District of Columbia. I have never been to the District, have no family or business associates in the District, nor have I ever solicited any business whatsoever in the District.

3. I am one of many dissatisfied InPhonic customers, having purchased a mobile phone with a rebate offer that was never fulfilled.

4. I decided to host a website www.wirefly-rebate.com, to voice my complaints about InPhonic's rebate practices and to create a forum for others to do the same. At all times material herein, this website was created and maintained in Omaha, Nebraska. This is not a commercial website, and I am not in the business of selling any products or services.

3. The allegations in Plaintiff's Complaint involve the use of my personal computer in Omaha, Nebraska to create and maintain said website. I have never used computers in the District of Columbia for internet access or any other purpose. I never asked, encouraged, engaged, or in any way solicited anyone to do anything, including transacting business, in the District of Columbia through the use of my website, the internet, or in any other way.

4. I am an indigent and cannot afford to pay legal fees in connection with this matter. I am being represented *pro bono* in this case. I cannot afford to travel to and from the District of Columbia to defend my self in this case.

Dated this 28th day of November, 2005

-------------------------------
Jehad Edwan

Subscribed and sworn to before me this 28th day of November, 2005.

-------------------------------
Notary Public

GENERAL NOTARY - State of Nebraska
LESLIE J. REDELFS
My Comm. Exp. March 26, 2007

-2-