UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------X
INPHONIC, INC.,                  :
                                 :
        Plaintiff,               :
                                 :
            v.                   :   Case No. 1:05-CV-02206 (RWR)
                                 :
JEHAD EDWAN,                     :
                                 :
        Defendant.               :
---------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)**

Plaintiff InPhonic Inc. hereby notifies the Court and the Defendant that pursuant to FED. R.CIV.P. 41(a)(i), Plaintiffs Complaint, dated November 10, 2005, is hereby voluntarily dismissed *without prejudice*. Plaintiff notes that the Defendant has not answered the Complaint. Furthermore, Plaintiff's voluntary dismissal is not a concession that the Court lacks jurisdiction over the Defendant or that venue in this Court is improper. Plaintiff reserves the right to address those and all other issues at another time or in a different venue.

                              Respectfully submitted,

                              PATTON BOGGS LLP


                                  /Deborah M. Lodge/
                              Deborah M. Lodge  (Bar No. 393942)
                              Catherine Sun (Bar No. 476820)
                              2550 M Street, NW
                              Washington, DC 20037
                              (202) 457-6000

                              *Attorney for Plaintiff*
Dated: December 16, 2005      InPhonic, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notifications of such filing to all attorneys of record in this case.


/Deborah M. Lodge/
Deborah M. Lodge